In the Matter of the Application of EDWIN V. WELCH, for the Appointment of a Trustee in Place of HENRY A. BASSFORD, Deceased, under a Trust Deed Executed by VIRGINIA L. WELCH to HENRY A. BASSFORD, Dated October 20, 1884.

EDWIN V. WELCH and GEORGE F. ELLIOTT, as Trustees, Appellants; BESSIE V. REINISCH et al., Respondents.

*Matter of Welch*, 20 App. Div. 412, affirmed.
(Argued December 6, 1897; decided January 11, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered August 17, 1897, which affirmed an order vacating an order appointing George F. Elliott trustee of the estate created by a trust deed.

*Henry M. Dater* for appellants.

*Frederick F. Neuman* and *Daniel P. Hays* for respondents.

Order affirmed, with costs, on opinion below.
All concur.